Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: GREG JOFRE AND FAY LOUISE STRADLING

Address: 971 E COMANCHE CIR

WASHINGTON, UT 84780

Phone No.: 480-993-4333

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re:

STRADLING, GREG JOFRE AND FAY LOUISE

Debtor(s).

Bankruptcy Number 11-25920WTT

Chapter 13

DEBTOR'S MOTION TO EXTEND FILING DEADLINE

The Debtor(s) hereby move(s) the Court for an Order extending the time to file until Monday May 23, 2011 for the following reasons:

1. Out of town on family emergency regarding daughter with ALS.

2.

3.

Dated this 19th day of May, 2011.

Unrepresented Debtor

Certificate of Service:

I certify that on May 19, 2011, I mailed a copy of the foregoing Motion to Extend to the following parties:

Kevin R. Anderson
c/o US Bankruptcy Court
350 S Main St room 301

Salt Lake City, UT 84101
Trustee

Shawn Farris
Farris & Utley
2107 W Sunset Blvd

St George, Utah 84770

2011 MAY 19 PM 2:16
FILED IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

_____
Unrepresented Debtor