Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: GREG JOFRE AND FAY LOUISE STRADLING

Address: 971 E COMANCHE CIR

WASHINGTON, UT 84780

Phone No.: 480-993-4333

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | |
|---|---|
| GREG JOFRE STRADLING AND FAY LOUISE STRADLING, | Bankruptcy Number 11-25920WTT |
| Debtor(s). | Chapter 13 |

### ORDER TO EXTEND FILING DEADLINE

The Debtor(s) motion to extend the time to file until May 23, 2011 is granted.

IT IS SO ORDERED:

Dated this _____ day of _____, 2011.

US BANKRUPTCY COURT JUDGE

2011 MAY 19 PM 2:15