**The below described is SIGNED.**

Dated: May 20, 2011

/s/ William T. Thurman
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

(ts) Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR:**

Name: GREG JOFRE AND FAY LOUISE STRADLING

Address: 971 E COMANCHE CIR

WASHINGTON, UT 84780

Phone No.: 480-993-4333

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re:

GREG JOFRE STRADLING AND
FAY LOUISE STRADLING,

Debtor(s).

Bankruptcy Number 11-25920WTT

Chapter 13

ORDER TO EXTEND FILING DEADLINE

The Debtor(s) motion to extend the time to file Chapter 13 Stmt of Current Monthly and Disposable Income, Chapter 13 Plan, Payment Advices/Evidences of Payment Statistical Summary of Certain Liabilities, Statement of Affairs and Schedules, Summary of Schedules, Incomplete Filings due by 5/9/2011 is approved.

IT IS SO ORDERED.

Dated this ___ day of _____, 2011.

_____
US BANKRUPTCY COURT JUDGE

FILED IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH 2011 MAY -9 AM 9:01