Shawn T. Farris #7194
Farris & Utley, PC
2107 W. Sunset Blvd, 2nd Floor
St. George, Utah 84770
Telephone:    (435) 634-1600
Fax No:    (435) 628-9323
E-mail: *Farris@farrisutley.com*
Attorneys for Aurora Loan Services, LLC

|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION ||
| In Re:<br><br>Greg Jofre Stradling and Fay Louise Stradling, Debtors. | CHAPTER 13<br>Bankruptcy Case No. 11-25920<br>Hon. William Truman |
| APPLICATION OF AURORA LOAN SERVICES, LLC FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY ||

Aurora Loan Services, LLC (hereinafter referred to as "Owner"), by and through its attorney of record, Shawn Farris of Farris & Utley, PC, hereby makes application for the entry of an order terminating the automatic stay in this case.

**STATEMENTS OF FACTS**

1.    On the 28th of April, 2011, Owner filed a Motion for Relief from the Automatic Stay (hereinafter "Motion") and a Notice of Hearing on the Motion (the "Notice") with this Court and gave appropriate notice to the Debtors and the Chapter 13 Trustee. (*See* Doc Nos. 5 and 6).

2.    The Debtor, the counsel for the Debtor, and the Chapter 13 Trustee have not filed nor

served on the Secured Creditor any objection[1] to granting the Motion.

3.      More than seventeen (17) days have elapsed since the Notice and Motion were served and transmitted electronically and mailed to the interested parties set forth in the Certificate of Service which was part of the Motion filed by Aurora Loan Services, LLC.

Therefore, based upon the facts set forth above, it is hereby requested that the proposed order terminating stay be approved and entered by this court.

Dated the 24th day of May, 2011.

    /s/  Shawn T. Farris
Shawn T. Farris
Attorney for Aurora Loan Services, LLC

CERTIFICATE OF SERVICE

It is certified that a true and correct copy of the foregoing Motion was served upon the following parties on the 24th day of May, 2011, by depositing the same in U.S. Mail, postage pre-paid, first-class and addressed as follows and via electronic means as noted below:

Kevin R. Anderson
Interim Chapter 13 Trustee
405 South Main, Ste 600
Salt Lake City, UT 84111
also via ecf

Greg Stradling and Fay Stradling
971 East Comanche Circle
Washington, UT 84780

/s/ Jason Burrows

Employee of Farris & Utley, PC

---

[1] Although Debtors have failed to file an Objection to the Motion for Relief, on the 16th of May, 2011, Debtors filed a "Request to Enlarge Time for Objection" in which they state, inter alia, "We intend to file and serve our objection no later than Monday, May 23. If we hear nothing contrary from the court on this matter, we will assume the way is clear and we will so file and serve our objection."