Shawn T. Farris #7194
Farris & Utley, PC
2107 W. Sunset Blvd, 2nd Floor
St. George, Utah 84770
Telephone:      (435) 634-1600
Fax No:          (435) 628-9323
E-mail: *Farris@farrisutley.com*
Attorneys for Aurora Loan Services, LLC

| IN THE UNITED STATES BANKRUPTCY COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION | |
|---|---|
| In Re: Greg Jofre Stradling and Fay Louise Stradling, Debtors. | CHAPTER 13 Bankruptcy Case No. 11-25920 Hon. William Truman |
| ORDER GRANTING AURORA LOAN SERVICES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY | |

This Court, having reviewed the Motion for Relief filed by Aurora Loan Services, LLC, and

for good cause appearing, HEREBY FINDS, ORDERS and ADJUDGES as follows:

1.      This Court finds that proper written notice of the Motion for Relief filed by Aurora Loan

Services, LLC, along with the notice of the right to file an objection to said Motion was

given to the parties in interest.

2.      The Debtors have failed to file any objection to the present Motion for Relief, and that the

deadline to oppose said Motion has expired.

3.      This Court finds that on the 22nd of April, 2011, the Debtors were served with the Order of

Restitution entered against the Debtors by the Fifth Judicial District Court, in and for

Washington County, Utah to vacate and deliver up the real property located at 971 E.

Comanche Circle, Washington, UT; which is more particularly described as Lot 15, Indian

Oaks Estates Subdivision, on the Washington County Recorder's Officer (hereinafter the

"Subject Real Property").

Therefore, it is hereby ORDERED that:

(1)    The Automatic Stay is hereby terminated with respect to the Subject Real Property.

(2)    Aurora Loan Services, LLC is permitted to proceed, pursuant to applicable state law, to

exercise its legal remedies and rights to enforce and seek remedy under the Order of

Restitution with respect to the Debtors and the Subject Real Property.

------------------- end of document --------------------------

<u>CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT</u>

      It is hereby certified that a true and correct copy of the foregoing Order was served upon the following parties on the _____ day of May, 2011, by electronic filing and notification to or by depositing the same in U.S. Mail, postage pre-paid, first-class and addressed as follows:

Kevin R. Anderson                   Greg Stradling and Fay Stradling
Interim Chapter 13 Trustee        971 East Comanche Circle
405 South Main, Ste 600           Washington, UT 84780
Salt Lake City, UT 84111
also via ecf

                                  _____
                                  United States Bankruptcy Clerk