**The below described is SIGNED.**

(ts) Motion Prepared and Submitted by the following U~~NREPRESENTED DEBTOR~~

Dated: May 24, 2011

*William J. Thurman*

GREG JOFRE AND FAY LOUISE STRADLING

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

Address: 971 E COMANCHE CIR

WASHINGTON, UT 84780

Phone No.: 480-993-4333

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

In re:

GREG JOFRE STRADLING AND
FAY LOUISE STRADLING,

Debtor(s).

Bankruptcy Number 11-25920WTT

Chapter 13

ORDER TO EXTEND FILING DEADLINE

The Debtor(s) motion to extend the time to file until May 23, 2011 is granted.

IT IS SO ORDERED:

Dated this _____ day of _____, 2011.

US BANKRUPTCY COURT JUDGE

*2011 MAY 19 PM 2: 15*
*FILED UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH*