Shawn T. Farris #7194
Farris & Utley, PC
2107 W. Sunset Blvd, 2nd Floor
St. George, Utah 84770
Telephone:    (435) 634-1600
Fax No:    (435) 628-9323
E-mail: *Farris@farrisutley.com*
Attorneys for Aurora Loan Services, LLC

| IN THE UNITED STATES BANKRUPTCY COURT |
| IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION |

| In Re: | CHAPTER 13 |
| Greg Jofre Stradling and Fay Louise Stradling, Debtors. | Bankruptcy Case No. 11-25920 |
| | Hon. William Truman |

| ORDER RE: MAY 27, 2011 HEARING ON |
| AURORA LOAN SERVICES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY |

On the 27th of May, 2011, a hearing came before this Court on the Motion for Relief from Automatic Stay filed by Aurora Loan Services, LLC. Aurora Loan Services, LLC appeared by and through its attorney of record Shawn Farris of Farris & Utley, PC. Both of the Debtors, Greg Jofre Stradling and Fay Louise Stradling, were present.

This court hereby ORDERS at this time the following:

1.    The automatic stay shall remain in effect with respect to the Subject Real Property until further order of this Court;

2.    A final evidentiary hearing shall be held on the 24th of June, 2011 at the hour of 1:30 p.m, at 206 W. Tabernacle, Courtroom 2B, St. George, UT. The parties of interest have been given notice of this date and time; there shall not be further notice

**Filed: 05/27/11**

provided;

3. This Court would like a report of the Trustee on this case at the hearing noted in paragraph 2 above.

-------------------- end of document --------------------------

CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT

      It is hereby certified that a true and correct copy of the foregoing Order was served upon the following parties on the _____ day of May, 2011, by electronic filing and notification to or by depositing the same in U.S. Mail, postage pre-paid, first-class and addressed as follows:

| | |
|---|---|
| Kevin R. Anderson | Greg Stradling and Fay Stradling |
| Interim Chapter 13 Trustee | 971 East Comanche Circle |
| 405 South Main, Ste 600 | Washington, UT 84780 |
| Salt Lake City, UT 84111 | |
| also via ecf | |

                                              United States Bankruptcy Clerk