**The below described is SIGNED.**

(ts)

**Dated: June 07, 2011**


_____
**WILLIAM T. THURMAN
U.S. Bankruptcy Chief Judge**

Shawn T. Farris #7194
Farris & Utley, PC
2107 W. Sunset Blvd, 2nd Floor
St. George, Utah 84770
Telephone:     (435) 634-1600
Fax No:         (435) 628-9323
E-mail: *Farris@farrisutley.com*
Attorneys for Aurora Loan Services, LLC

| IN THE UNITED STATES BANKRUPTCY COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION ||
|---|---|
| In Re:<br>Greg Jofre Stradling and Fay Louise Stradling, Debtors. | CHAPTER 13<br>Bankruptcy Case No. 11-25920<br>Hon. William Truman |
| ORDER RE: MAY 27, 2011 HEARING ON AURORA LOAN SERVICES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY ||

On the 27th of May, 2011, a hearing came before this Court on the Motion for Relief from Automatic Stay filed by Aurora Loan Services, LLC.  Aurora Loan Services, LLC appeared by and through its attorney of record Shawn Farris of Farris & Utley, PC.  Both of the Debtors, Greg Jofre Stradling and Fay Louise Stradling, were present.

This court hereby ORDERS at this time the following:

1.	The automatic stay shall remain in effect with respect to the Subject Real Property until further order of this Court;

2.	A final evidentiary hearing shall be held on the 24th of June, 2011 at the hour of 1:30 p.m, at 206 W. Tabernacle, Courtroom 2B, St. George, UT.  The parties of interest have been given notice of this date and time; there shall not be further notice

**Filed: 05/27/11**

Entered On Docket: 06/08/2011

provided;

3. This Court would like a report of the Trustee on this case at the hearing noted in paragraph 2 above.

-------------------- end of document --------------------------

CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT

      It is hereby certified that a true and correct copy of the foregoing Order was served upon the following parties on the _____ day of May, 2011, by electronic filing and notification to or by depositing the same in U.S. Mail, postage pre-paid, first-class and addressed as follows:

| | |
|---|---|
| Kevin R. Anderson | Greg Stradling and Fay Stradling |
| Interim Chapter 13 Trustee | 971 East Comanche Circle |
| 405 South Main, Ste 600 | Washington, UT 84780 |
| Salt Lake City, UT 84111 | |
| also via ecf | |

                                                                                                                                                   _____

                                                                                  United States Bankruptcy Clerk

United States Bankruptcy Court
District of Utah

In re:  
Greg Jofre Stradling  
Fay Louise Stradling  
    Debtors

Case No. 11-25920-WTT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: jtt      Page 1 of 1      Date Rcvd: Jun 08, 2011  
                       Form ID: pdfor1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2011.  
db/jdb      +Greg Jofre Stradling,    Fay Louise Stradling,    971 East Comanche Circle,    Washington, UT 84780-2034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2011**                  **Signature:** _/s/ Joseph Speetjens_