**Form 724**[ODSM 45 Day–12/05]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:
    Greg Jofre Stradling and Fay Louise Stradling
        Debtor(s).

Case No. 11–25920 WTT
Chapter 13

## ORDER OF DISMISSAL

Pursuant to 11 U.S.C. 521(i), it is hereby ORDERED that the above–named case has been DISMISSED for failure to comply with 11 U.S.C. 521(a)(1).

Dated and Entered on: June 10, 2011

*/s/ William T. Thurman*
United States Bankruptcy Judge

United States Bankruptcy Court
District of Utah

In re:  
Greg Jofre Stradling  
Fay Louise Stradling  
    Debtors

Case No. 11-25920-WTT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: mkz     Page 1 of 1     Date Rcvd: Jun 10, 2011  
                     Form ID: f724    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2011.
```
db/jdb      +Greg Jofre Stradling,   Fay Louise Stradling,   PO Box 131,   Washington, UT 84780-0131
aty         +Shawn T. Farris,   Farris & Utley PC,   2107 W. Sunset Blvd., 2nd Floor,
              St. George, UT 84770-7139
cr          +Aurora Loan Services, LLC,   c/o Farris & Utley, PC,   2107 W. Sunset Blvd. 2nd Fl.,
              Saint George, UT 84770-7139
7715448     +Intermountain Healthcare,   PO Box 27808,   Salt Lake City, UT 84127-0808
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: elarsen@ch13kra.com Jun 10 2011 22:57:55    Kevin R. Anderson tr,
              405 South Main Street,   Suite 600,   Salt Lake City, UT 84111-3408
7714784      EDI: CHASE.COM Jun 10 2011 22:58:00    Chase Bank USA, N.A.,   PO Box 15145,
              Wilmington, DE 19850-5145
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2011**          **Signature:** _Joseph Speetjens_